# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SHERRILYN D. WASHINGTON, | : | No. 19 MM 2016 |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| HARRY E. HAMILTON, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of March, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Petitioner has 30 days from this order in which to submit his Petition for Allowance of Appeal.

To the extent Respondent's Answer seeks sanctions, it is **DENIED, WITHOUT PREJUDICE**.